BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
EDWARD J. WYNDER, ESQ.
Nevada Bar No. 13991
NETTLES LAW FIRM
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
brian@nettleslawfirm.com
christian@nettleslawfirm.com
edward@nettleslawfirm.com
*Attorneys for Plaintiff*

**STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT FLORES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a foreign corporation d/b/a Wal-Mart Neighborhood Market #3355; JONATHAN SOROLA, an individual; DOES 1 through 10, inclusive; ROE CORPORATIONS 11 through 20, inclusive; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>    Defendant(s). | CASE NO.: 2:17-cv-01991-JAD-NJK<br><br><br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)** |

Plaintiff, Robert Flores ("Plaintiff"), by and through his counsels of record, Brian D. Nettles, Esq. Christian M. Morris, Esq., and Edward J. Wynder, Esq., of Nettles Law Firm, and Defendant, Wal-Mart Stores, Inc. d/b/a Wal-Mart Neighborhood Market #3355 ("Defendant"), by and through its counsel of record, Timothy D. Kuhls, Esq., Esq., of Phillips, Spallas & Angstadt, LLC, hereby stipulate to the extension of all remaining discovery deadlines by sixty (60) days pursuant to LR 26-4.

**NETTLES LAW FIRM**
1389 Galleria Drive Suite 200
Henderson, NV 89014
(702) 434-8282 / (702) 434-1488 (fax)

**STIPULATED APPLICATION**

WHEREAS, the parties have begun discovery but are seeking in good faith to settle this case while continuing to conduct discovery to complete before trial, the parties request a sixty (60) day extension of certain discovery deadlines as set forth below.

**A.  DISCOVERY COMPLETED TO DATE**

1.  The parties participated in the Fed. R. Civ. P 26(f) conference on August 15, 2017.

2.  Plaintiff made his pre-discovery disclosures pursuant to Fed. R. Civ. P 26.1(a)(1) on August 28, 2017. Defendant served its pre-discovery disclosures pursuant to Fed. R. Civ. P. 26.1(a)(1) on September 15, 2017.

3.  Defendant propounded written discovery to Plaintiff on September 18, 2017 and Plaintiff responded to Requests for Admissions on October 11, 2017 and Requests for Production of Documents on October 16, 2017 and Interrogatories on October 16, 2017.

4.  Plaintiff propounded written discovery to Defendant on November 1, 2017 and Defendant responded to Requests for Admissions on December 4, 2017, Requests for Production of Documents on December 18, 2017 and Interrogatories on December 18, 2017.

5.  Defendant has taken the depositions of Cheri Adams and Plaintiff, Robert Flores.

6.  Plaintiff has taken the deposition of Defendant's cashier Jonathan Sorola.

**B.  SPECIFIC DESCRIPTION OF THE DISCOVERY TO BE COMPLETED**

An Independent Medical Examination of the Plaintiff to be conducted by a retained medical expert from Defendant and initial Expert and Rebuttal disclosures. Additionally, the parties intend to depose several individuals including Defendant's Rule 30(b)(6) designee(s), treating medical professionals, and expert witnesses, other witnesses, if necessary.

**C.  REASONS FOR EXTENSION TO COMPLETE DISCOVERY**

The parties have agreed to participate in a Settlement Conference and the Defendant needs additional time to allow for the scheduling of an Independent Medical Examination of the Plaintiff should settlement negotiations fail. This request is made in good faith and not for the purpose of delay.

**D. <u>PROPOSED NEW DISCOVERY PLAN DEADLINES</u>**

Last date to complete discovery:

 Currently: Tuesday, April 10, 2018

 Proposed:  Monday, June 11, 2018

Last date to amend pleadings and add parties:

 Currently: Tuesday, January 9, 2018

 Proposed: N/A

Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2):

 Currently: Friday, February 9, 2018

 Proposed: Tuesday, April 10, 2018

Last date to disclose rebuttal experts:

 Currently: Monday, March 12, 2018

 Proposed:  Friday, May 11, 2018

Last date to file interim status report:

 Currently: Friday, February 9, 2018

 Proposed: Tuesday, April 10, 2018

Last date to file dispositive motions:

 Currently: Tuesday, May 8, 2018

 Proposed: Monday, July 9, 2018

Last date to file joint pretrial order:

 Currently: Tuesday, June 5, 2018

 Proposed: Monday, August 6, 2018

**NETTLES LAW FIRM**
1389 Galleria Drive Suite 200
Henderson, NV 89014
(702) 434-8282 / (702) 434-1488 (fax)

## CONCLUSION

Therefore, based upon the foregoing, the parties respectfully request that this Stipulation to Extend Discovery (Second Request) be granted and that the Court adopt the proposed dates mentioned above.

DATED this 1st day of February, 2018.        DATED this 1st day of February, 2018.

NETTLES LAW FIRM                              PHILLIPS, SPALLAS & ANGSTADT LLC


*/s/ Christian M. Morris, Esq.*               */s/ Timothy D. Kuhls, Esq.*
BRIAN D. NETTLES, ESQ.                        TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 7462                           Nevada Bar No. 13362
CHRISTIAN M. MORRIS, ESQ.                     *Attorneys for Defendant*
Nevada Bar No. 11218
EDWARD J. WYNDER, ESQ.
Nevada Bar No. 13991
*Attorneys for Plaintiff*

*Case Name: Flores v. Wal-Mart Stores, Inc.*
*Case Number: 2:17-cv-01991-JAD-NJK*

**IT IS SO ORDERED:**


_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___February 2, 2018_____

-4-