# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT FLORES, | Case No. 2:17-cv-01991-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 40) |
| WAL-MART STORES INC., | |
| Defendant(s). | |

Pending before the Court is the stipulation that Plaintiff will submit to an independent medical examination, as well as the agreed upon procedures for that examination. Docket No. 40. Unless doing so interferes with Court proceedings, parties are generally permitted to stipulate to discovery procedures without obtaining Court approval. Fed. R. Civ. P. 29. The pending stipulation fails to explain why Court approval is necessary in this instance. Accordingly, the stipulation is **DENIED** as unnecessary.

IT IS SO ORDERED.

DATED: February 8, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge