**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ROBERT FLORES, | ) | Case No. 2:17-cv-01991-JAD-NJK |
|                 Plaintiff(s), | ) | ORDER |
| | ) | |
| v. | ) | (Docket No. 44) |
| | ) | |
| WAL-MART STORES INC., | ) | |
| | ) | |
|                 Defendant(s). | ) | |
| | ) | |

      Before the Court is the parties' notice of settlement. Docket No. 44. The Court **ORDERS** the parties to file a stipulation of dismissal no later than May 18, 2018.

      IT IS SO ORDERED.

      DATED: April 18, 2018

                                        _____

                                      NANCY J. KOPPE
                                      United States Magistrate Judge