1  ROBERT K. PHILLIPS
   Nevada Bar No. 11441
2  POOJA KUMAR
   Nevada Bar No. 12988
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
   504 South Ninth Street
4  Las Vegas, Nevada 89101
   (702) 938-1510
5  (702) 938-1511 (Fax)
   rphillips@psalaw.net
6  pkumar@psalaw.net

7  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
8

9                           UNITED STATES DISTRICT COURT
10
                                  DISTRICT OF NEVADA
11

12  ROBERT FLORES, an individual,              Case No.: 2:17-cv-01991-JAD-NJK

13              Plaintiff,
    v.                                         **STIPULATION AND ORDER FOR**
14                                             **DISMISSAL WITH PREJUDICE**
    WAL-MART STORES INC., a foreign
15  corporation d/b/a Wal-Mart Neighborhood
    Market #3355; DOE EMPLOYEE; DOES 1         ECF No. 46
16  through 10, inclusive; ROE CORPORATIONS
    11 through 20, inclusive; and ABC LIMITED
17  LIABILITY COMPANIES 21 through 30,
    inclusive,
18
                Defendants.
19

20      IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

21  counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . .

party's own costs and attorney's fees.

DATED this 27 day of April, 2018.　　　　DATED this ⊘ day of A~~pril~~ may, 2018.

**NETTLES LAW OFFICE**　　　　　　**PHILLIPS, SPALLAS & ANGSTADT**

_____　　　　_____
Edward J. Wynder, Esq.　　　　　　Pooja Kumar, Esq.
1389 Galleria Dr Suite 200,　　　　　504 South Ninth Street
Henderson, NV 89014　　　　　　　Las Vegas, Nevada 89101
*Attorneys for Plaintiff*　　　　　　　*Attorneys for Defendant*
*Robert Flores*　　　　　　　　　　*Wal-Mart Stores, Inc.*

## ORDER

Based on the parties' stipulation [46] and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 4, 2018